UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            CR No. 22 CR 729 MIS

LUIS VAZQUEZ-RAMIREZ,

    Defendant.

## WAIVER OF SHOW CAUSE, WAIVER OF PERSONAL PRESENCE AT SHOW CAUSE HEARING AND WAIVER OF DETENTION HEARING

1. I am the attorney of record for the defendant in this criminal proceeding.

2. I have explained to the defendant that he is entitled to a show cause hearing. My client has agreed to waive his right to that hearing.

3. I have explained to the defendant that he is entitled to personally appear before the Court at every stage of criminal proceedings, including the show cause hearing.

4. I have explained to the defendant that he is entitled to a detention hearing.

5. I have advised the defendant that at a detention hearing, the court will hear evidence to determine whether he should be held in jail without bond or whether a bond should be set in this case.

6. I have advised the defendant that by waiving the right to a detention hearing, he will be held in jail without bond until this matter is resolved.

7. Based on my explanation, my client waives his right to a detention hearing.

8. After having reviewed this form together, my client requests that the Court waive his personal appearance at the Show Cause Hearing and Detention Hearing and instead allow undersigned counsel to sign this Waiver of Show Cause Hearing, Waiver of Personal Presence at Show Cause

Hearing, and Waiver of Detention Hearing on his behalf.

_____
LUIS VAZQUEZ-RAMIREZ
Defendant

    I have reviewed the foregoing document in (English/Spanish) with my client and represent to the Court and she understands it. I have been authorized by my client to sign this waiver on her behalf. I further represent to the Court that I believe it is in my client's best interest to agree to the contents of this document. I affirm that my client has made this request voluntarily and knowingly after having asked me any questions that s[he may have had about this waiver.

_____
Cesar Pierce-Varela
Attorney for Defendant

2/17/25
_____
Date